# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 6, 2009

Charles R. Fulbruge III
Clerk

No. 08-60485
Summary Calendar

OBIDIO A ALVARADO

Petitioner

v.

ERIC H HOLDER, JR, U S ATTORNEY GENERAL

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A29 916 199

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM:[*]

Obidio A. Alvarado petitions this court for review of the Board of Immigration Appeals's (BIA's) summary dismissal of his appeal. Alvarado fails to address the BIA's reasons for the summary dismissal, specifically the BIA's conclusions that his notice of appeal failed to "meaningfully apprise the Board of the specific reasons underlying the challenge to the Immigration Judge's decision," that his brief was untimely, and that he failed to "reasonably explain"

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

his failure to file a timely brief. Accordingly, any arguments relating to the BIA's summary dismissal of his appeal are abandoned. *Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir. 2003).

Further, because Alvarado failed to exhaust his claims by presenting them to the BIA, we are without jurisdiction to review the claims. *See* 8 U.S.C. § 1252(d)(1);*Toledo-Hernandez v. Mukasey*, 521 F.3d 332, 336 (5th Cir. 2008); *Townsend v. INS*, 799 F.2d 179, 181-82 (5th Cir. 1986) (conclusional statements in the notice of appeal did not preserve claim for the BIA's review).

PETITION DISMISSED.